688

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only where there exists a clear legal right to the relief sought (*see Matter of Legal Aid Socy. of Sullivan County v Scheinman*, 53 NY2d 12, 16 [1981]). The petitioner failed to demonstrate a clear legal right to the relief sought. Rivera, J.P., Florio, Chambers and Cohen, JJ., concur.

In the Matter of DE ANDRE WILLIAMS, Petitioner, v BARBARA ZAMBELLI et al., Respondents. [947 NYS2d 889]

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only where there exists a clear legal right to the relief sought (*see Matter of Legal Aid Socy. of Sullivan County v Scheinman*, 53 NY2d 12, 16 [1981]). The petitioner failed to demonstrate a clear legal right to the relief sought. Rivera, J.P., Florio, Chambers and Cohen, JJ., concur.